UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY ANN ROBINSON, an individual,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK, and DOES 1 through 10, Inclusive.<br><br>　　　　　　Defendants<br>_____ | United States District Court, Central District Case No.: 5:14-cv-00799 PJW<br><br>[~~PROPOSED~~] ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE<br><br><br>Filing Date:　June 20, 2014<br>Trial Date:　　None |

THE COURT, having reviewed and approved the Joint Stipulation to Dismiss Entire Action with Prejudice by and between Plaintiff BETTY ANN ROBINSON and Defendant NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), orders as follows:

///

///

///

///

///

///

1  IT IS ORDERED THAT the Joint Stipulation to Dismiss Entire Action with
2  Prejudice between Plaintiff BETTY ANN ROBINSON and Defendant
3  NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK) is
4  approved and this action is dismissed with prejudice.
5  IT IS SO ORDERED:

8  DATED: January 5, 2015____   By _____
   Honorable Patrick J. Walsh
9  United States Magistrate Judge